STINGLE and Others *v.* HAWKINS.—In error.

A VENDOR of certain town lots gave the vendee a title-bond conditioned for the making of a deed for the lots on payment of certain notes, which were taken for the purchase-money and were payable two years after date. *Held*, that a suit on the notes would not lie, unless the vendor had made or

May Term, 1847.

offered to make a deed for the lots, or could show a sufficient reason for his failure to do so.—*Leonard* v. *Bates*, 1 Blackf. 172.—*Owen* v. *Norris*, 5 *id.* 479.—*Burrows* v. *Yount*, 6 *id.* 458.